

# IN THE
# TENTH COURT OF APPEALS

## No. 10-08-00329-CV

**MARGARET MEECE, PATRICK MEECE**
**AND MARRGARET HIEBELER,**

                                                            **Appellants**

 **v.**

**OCC CONSTRUCTION CORPORATION,**

                                                            **Appellee**

From the 361st District Court
Brazos County, Texas
Trial Court No. 03-001642-CV-361

## MEMORANDUM OPINION

The parties have filed a "Joint Motion to Dismiss Appeal." *See* TEX. R. APP. P. 42.1(a)(1). It states that they have settled all claims and requests dismissal of this appeal with prejudice.

Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled. The motion is granted, and the appeal is dismissed.

REX D. DAVIS
Justice


Before Chief Justice Gray,
     Justice Reyna, and
     Justice Davis
Motion granted; appeal dismissed
Opinion delivered and filed April 28, 2010
[CV06]